1
2
3
4
5

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT, a municipal corporation and political subdivision of the State of Arizona, HEADWATERS RESOURCES, INC., a Utah corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>REYNOLD R. LEE, CASEY WATCHMAN, WOODY LEE, PETERSON YAZZIE, EVELYN MEADOWS, HONORABLE HERB YAZZIE, HONORABLE LORENE B. FERGUSON, HONORABLE CATHY BEGAY, LEONARD THINN and SARAH GONNIE,<br><br>Defendants. | No. CV 08-8028-PCT-<br><br><br>**ORDER ESTABLISHING BRIEFING SCHEDULE, AND SETTING HEARING, ON PLAINTIFFS' REQUEST FOR A PRELIMINARY INJUNCTION** |

The Court, having reviewed the Plaintiffs' Motion for Preliminary Injunction,

IT IS HEREBY ORDERED AND NOTICE IS GIVEN as follows:

1. Any response to the Plaintiffs' Motion for Preliminary Injunction must be filed on or before _____, 2008, and a copy served electronically on counsel for all parties. If no response is timely filed and served, the preliminary injunction prayed for by Plaintiffs may be granted without further proceedings;

3123334v1(42000.8024)

1  2. Any reply in support of the Motion for Preliminary Injunction must be filed on or before _____, 2008, and a copy served electronically on counsel for all parties;

3. An evidentiary hearing will be held on Plaintiffs' Motion for Preliminary Injunction beginning at _____ o'clock ___.m. in Courtroom _____, Sandra Day O'Connor U. S. Court House, 401 West Washington Street, Phoenix, Arizona 85003.