John J. Egbert - 011469
johnegbert@jsslaw.com
Paul G. Johnson – 010309
pjohnson@jsslaw.com
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
One East Washington Street, Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911

Attorneys for Plaintiff Salt River Project
Agricultural Improvement and Power District

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Salt River Project Agricultural Improvement and Power District, a municipal corporation and political subdivision of the State of Arizona, Headwaters Resources, Inc., a Utah corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>Reynold R. Lee, Casey Watchman, Woody Lee, Peterson Yazzie, Evelyn Meadows, Honorable Herb Yazzie, Honorable Louise G. Grant, Honorable Eleanor Shirley, Leonard Thinn and Sarah Gonnie,<br><br>Defendants. | No. 3:08-CV-08-8028-JAT<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Order dated July 16, 2012, the parties jointly provide the following Status Report regarding the actions needed to be taken following the recent remand of this case by the Ninth Circuit:

(1) The parties intend to re-file the cross-motions for summary judgment which were previously denied as moot (possibly with some modifications to account for subsequent developments). Both sides agree that this case should be decided on the merits by summary judgment.

4123189v1(42000.8024)

(2) All defendants have filed answers (in March 2008).

(3) The parties are prepared to move forward with a Rule 16 conference at this time.

DATED this 18th day of July, 2012.

                JENNINGS, STROUSS & SALMON, P.L.C.

                By  s/ John J. Egbert
                    John J. Egbert
                    Paul G. Johnson
                    One East Washington Street, Suite 1900
                    Phoenix, Arizona  85004-2554

                SNELL & WILMER, LLP

                By  s/Lisa M. Coulter (with permission)
                    Lisa M. Coulter
                    One Arizona Center
                    400 East Van Buren
                    Phoenix, Arizona  85004-2202

                PERKINS COIE LLP

                By  s/Philip R. Higdon (with permission)
                    Philip R. Higdon
                    Kirstin T. Eidenbach
                    2901 North Central Avenue
                    Phoenix, AZ 85012

                THE LAW OFFICES OF DAVID R. JORDAN, P.C.

                By  s/David Jordan (with permission)
                    David R. Jordan
                    309 E. Nizhoni Blvd.
                    P.O. Box 840
                    Gallup, NM 87305-0840

4123189v1(42000.8024)

1  Original filed electronically this 18th day of July, 2012, and
2  Copy served through the Court's CM/ECF system this 18th day of July, 2012, to:
3  
4  Philip R. Higdon
   Kirstin T. Eidenbach
5  Perkins Coie LLP
   2901 North Central Avenue, Suite 2000
6  Phoenix, AZ 85012-2788
   Attorneys for Navajo Defendants
7  
   David R. Jordan
8  The Law Offices of David R. Jordan, P.C.
   309 E. Nizhoni Blvd.
9  P.O. Box 840
   Gallup, NM 87305-0840
10 Attorneys for Defendants Leonard Thinn and Sarah Gonnie
11 
   Lisa M. Coulter
12 SNELL & WILMER, LLP
   One Arizona Center
13 400 E. Van Buren
   Phoenix, Arizona  85004-2202
14 Attorneys for Plaintiff Headwaters Resources, Inc.
15 
16 By:   s/Meeling Tan

3

4123189v1(42000.8024)